# EXHIBIT C

# SPS | SELECT Portfolio SERVICING, INC.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

For other important information, see reverse side

Steven L Washington
Inez C Washington
15849 McVay Ln
Adelanto, CA 92301-6307

47938

**Mortgage Statement**
Statement Date: 11/15/2019
Page 1 of 3

| Account Number | 328 |
| Property Address | 15849 MCVAY LANE ADELANTO CA 92301 |

| Loan Due Date | 10/01/2019 |
| Payment Due Date | 12/01/2019 |
| Amount Due | $609.68 |

If payment is received after 12/16/2019, $10.33 late fee will be charged.

### Account Information
| | |
|---|---|
| Interest Bearing Principal | $42,457.34 |
| Deferred Principal | $6,628.71 |
| Outstanding Principal [1] | $49,086.05 |
| Unpaid Late Charges | $20.66 |
| Other Charges and Fees | $0.00 |
| Interest Rate (Fixed) | 4.375% |
| Prepayment Penalty | No |

### Explanation of Amount Due
| | |
|---|---|
| Principal | $52.26 |
| Interest | $154.41 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Monthly Payment | $206.67 |
| Charges / Fees this Period | $35.66 |
| Past Due Payment(s) | $413.34 |
| Unapplied Payment(s) [3] | $10.33 |
| **Total Amount Due** | **$609.68** |

### Transaction Activity (09/01/2019 to 11/15/2019)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 09/01 | BEG BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/08 | NEW LOAN SET-UP | 49,137.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,137.74 |
| 11/08 | FEE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 20.66 | 0.00 | 0.00 | 20.66 |
| 11/08 | DISTRIBUTED FUNDS | 0.00 | 0.00 | 0.00 | 0.00 | (10.33) | 0.00 | (10.33) |
| 11/14 | PAYMENT | (51.69) | (154.98) | 0.00 | 0.00 | 0.00 | 0.00 | (206.67) |
| 11/14 | EZ PAY FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 11/14 | EZ PAY FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | (15.00) |
| 11/15 | ENDING BALANCE | $49,086.05 | $309.39 | $0.00 | $20.66 | ($10.33) | $0.00 | $49,405.77 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $51.69 | $51.69 |
| Interest | $154.98 | $154.98 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $15.00 | $15.00 |
| Partial Payment (Unapplied) | $10.33 | |
| Total | $232.00 | $221.67 |
| Total Unapplied Balance | | $10.33 [3] |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure — the loss of your home.

As of November 15, 2019, you are 45 days delinquent on your mortgage loan.
* Payment due 11/2019: Unpaid payment of $206.67.
* Payment due 10/2019: Unpaid payment of $206.67.
* Payment due 09/2019: Fully paid on 11/14/2019.

Total: $609.68 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See the back for information about mortgage counseling or assistance. Also, there are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding the statement at (888) 818-6032.

### Important Messages

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

### Amount Due

Borrower Name(s): Steven L Washington, Inez C Washington
Account Number: 328

Due By 12/01/2019: $609.68
$10.33 late fee will be charged after 12/16/2019

Make checks payable to: Select Portfolio Servicing

| | |
|---|---|
| Monthly Payment | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other (Please Specify) | $ |
| Total Amount Enclosed | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**SPS | SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Mortgage Statement
Statement Date: 12/13/2019
Page 1 of 5

Customer Service: (800) 258-8602
Monday - Thursday 8:00AM - 11:00PM ET
Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

Steven L Washington
Inez C Washington
15849 McVay Ln
Adelanto, CA 92301-6307

32266

| Account Number | 328 |
|---|---|
| Property Address | 15849 MCVAY LANE ADELANTO CA 92301 |
| Loan Due Date | 11/01/2019 [4] |
| Payment Due Date | 01/01/2020 |
| Amount Due | $609.68 |

*If payment is received after 01/16/2020, $10.33 late fee will be charged.*

### Explanation of Amount Due
| | |
|---|---|
| Principal | $52.45 |
| Interest | $154.22 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$206.67** |
| Charges / Fees this Period | $15.00 |
| Past Due Payment(s) | $413.34 |
| Unapplied Payment(s) [3] | $10.33 |
| **Total Amount Due** | **$609.68** |

### Account Information
| | |
|---|---|
| Interest Bearing Principal | $42,405.46 |
| Deferred Principal | $6,628.71 |
| Outstanding Principal [1] | $49,034.17 |
| Unpaid Late Charges | $20.66 |
| Other Charges and Fees | $0.00 |
| Interest Rate (Fixed) | 4.375% |
| Prepayment Penalty | No |

### Transaction Activity (11/16/2019 to 12/13/2019)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 11/16 | BEG BALANCE | $49,086.05 | $463.80 | $0.00 | $20.66 | ($10.33) | $0.00 | $49,560.18 |
| 12/13 | PAYMENT | (51.88) | (154.79) | 0.00 | 0.00 | 0.00 | 0.00 | (206.67) |
| 12/13 | EZ PAY FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| 12/13 | EZ PAY FEE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15.00) | (15.00) |
| 12/13 | ENDING BALANCE | $49,034.17 | $309.01 | $0.00 | $20.66 | ($10.33) | $0.00 | $49,353.51 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $51.88 | $103.57 |
| Interest | $154.79 | $309.77 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $15.00 | $30.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$221.67** | **$443.34** |
| Total Unapplied Balance | $10.33 [3] | |

### Important Messages

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

[3] Partial payments or overpayments are treated as unapplied funds until we receive enough for a full principal and interest payment at which time we will credit your account for the principal and interest payment.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

[4] Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

---

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

### MONTHLY PAYMENT COUPON

Make checks payable to: Select Portfolio Servicing

**Amount Due**

Borrower Name(s): Steven L Washington, Inez C Washington
Account Number: 328
Due By 01/01/2020: $609.68
$10.33 late fee will be charged after 01/16/2020

| | $ |
|---|---|
| Monthly Payment | |
| Additional Principal | |
| Additional Escrow | |
| Late Fees | |
| Other (Please Specify) | |
| **Total Amount Enclosed** | $ |

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450



☐ Change of address or telephone? If so, check here and note changes on back

2771 0027040328 000000206670000021700 6